ACCEPTED
12-14-00232-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/8/2015 1:46:09 PM
CATHY LUSK
CLERK



FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/8/2015 1:46:09 PM
CATHY S. LUSK
Clerk

**Mark W. Cargill**
ATTORNEY AT LAW

Christina L. Cargill
SR. PARALEGAL
SOCIAL SECURITY REPRESENTATIVE
cargill.christina@yahoo.com

Sheridan Wendele
CLIENT SERVICES
wendelesheridanm@yahoo.com

June 17, 2015

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Freddie James Foreman #00925367
Ellis Unit
1697 FM 980
Huntsville, Texas 77343

RE:  *Freddie James Foreman v. The State of Texas*
No.:  *12-14-00232-CR, Trial: 13CR-184*

Dear Mr. Foreman:

Please be advised that the 12th Court of Appeals District of Texas – Tyler, Texas, has Affirmed the lower court's decision on your case by way of a MANDATE and/or written Opinion that was issued on June 17, 2015, and a copy of which is enclosed for your convenience. If you desire to file a Pro Se Petition for Discretionary Review - appeal, you must do so **no later than 30 days after the date of the decision, i.e.  July 15, 2015.**

If you have any questions or concerns, please call correspondence.

Very truly yours,

Cargill & Associates

Mark W. Cargill
MWC/cc
Enclosure

cc:  Court of Appeals – 12th Court of Appeal, Tyler, Texas via f

<table>
<tr><td colspan="3"><strong>U.S. Postal Service</strong> ™<br><strong>CERTIFIED MAIL</strong>™ <strong>RECEIPT</strong><br><em>(Domestic Mail Only; No Insurance Coverage Provided)</em></td></tr>
<tr><td colspan="3">For delivery information visit our website at www.usps.com</td></tr>
<tr><td colspan="3">OFFICIAL USE</td></tr>
<tr><td>Postage</td><td>$</td><td rowspan="5">Postmark<br>Here</td></tr>
<tr><td>Certified Fee</td><td></td></tr>
<tr><td>Return Receipt Fee<br>(Endorsement Required)</td><td></td></tr>
<tr><td>Restricted Delivery Fee<br>(Endorsement Required)</td><td></td></tr>
<tr><td>Total Postage & Fees</td><td>$</td></tr>
<tr><td colspan="3">Sent To  Freddie Foreman</td></tr>
<tr><td colspan="3">Street, Apt. No.;<br>or PO Box No.</td></tr>
<tr><td colspan="3">City, State, ZIP+4</td></tr>
<tr><td>PS Form 3800, August 2006</td><td colspan="2">See Reverse for Instructions</td></tr>
</table>

701 N. Elm Street • Palestine, Texas 75801 • Telephone: 903/729-8011 • Fax: 903/729-5112 • Email: cargillaw@earthlink.net

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freddie Foreman #00925367
Ellis Unit
1697 FM 980
Huntsville, TX 77343

(Foreman)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☒ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7010 3090 0002 7290 9292

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540

UNITED STATES POSTAL SERVICE

TX 973

24 JUN '15

PM 11

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



• Sender: Please print your name, address, and ZIP+4 in this box •

**CARGILL & ASSOCIATES**
701 N. Elm Street
Palestine, Texas 75801